**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                                                    **4:11CR00127-02 JMM**

**BEVERLY JUNE COBURN**

## ORDER

Pending is the Government's Motion to Dismiss Indictment against Beverly June Coburn. For good cause shown the Motion to Dismiss (Docket # 34) is GRANTED. The indictment against Ms. Coburn is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of October, 2011.

James M. Moody
United States District Judge